**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1731**

MICHAEL PACK,

Plaintiff - Appellant,

versus

BALTIMORE POLICE DEPARTMENT,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Richard D. Bennett, District Judge. (1:07-cv-01703-RDB)

Submitted:  October 11, 2007        Decided:  October 15, 2007

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Pack, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Pack appeals the district court's order dismissing his civil rights complaint without prejudice for failing to state a claim. We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. See Pack v. Baltimore Police Dep't, No. 1:07-cv-01703-RDB (D. Md. July 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED